IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ESKER MARTIN, III                                                                                    PLAINTIFF

v.                                          4:21-cv-00753-JM-JJV

HILLARD,
Correctional Services, Pulaski County Jail                                                    DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 2) is DISMISSED with prejudice for failing to state a claim upon which relief may be granted.

2. Dismissal is a strike under 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 29th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE