# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ESKER MARTIN, III                                                                                      PLAINTIFF

v.                                             4:21-cv-00753-JM-JJV

HILLARD,
Correctional Services, Pulaski County Jail                                                DEFENDANT

## **JUDGMENT**

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITH PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 29th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE